1 | JOSHUA A. SLIKER, ESQ.
Nevada State Bar No. 12493
2 | THOMAS W. MARONEY, ESQ.
Nevada State Bar No. 13913
3 | **JACKSON LEWIS P.C.**
300 S. Fourth St., Suite 900
4 | Las Vegas, Nevada 89101
Tel: (702) 921-2460
5 | Email:  joshua.sliker@jacksonlewis.com
Email:  thomas.maroney@jacksonlewis.com

*Attorneys for Defendant*
*Post Consumer Brands, LLC.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LATONYIA DILLARD, | Case No. 3:25-cv-00223-MMD-CSD |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| POST CONSUMER BRANDS, LLC, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Latonyia Dillard ("Plaintiff"), by and through her counsel, Mark Mausert Law, and Defendant, Post Consumer Brands, LLC ("Defendant"), by and through its counsel, the law firm of Jackson Lewis P.C., that pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the above entitled action is hereby dismissed with

/ / /

/ / /

/ / /

/ / /

/ / /

prejudice, with each party to bear their own attorney's fees and costs.

Dated this 27th day of October, 2025.

| MARK MAUSERT LAW | JACKSON LEWIS P.C. |
|---|---|
| */s/ Mark Mausert* | */s/ Thomas W. Maroney* |
| Mark Mausert, Bar # 2398 | Joshua A. Sliker, Bar # 12493 |
| Sean McDowell, Bar # 15962 | Thomas W. Maroney, Bar # 13913 |
| 729 Evans Avenue | 300 S. Fourth St., Suite 900 |
| Reno, NV 89512 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Post* |
| *Latonyia Dillard* | *Consumer Brands, LLC* |

## ORDER

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear their own costs and fees. The Clerk of Court is kindly instructed to close this case.

United States District Court

Dated: October 28, 2025